UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____Division

CIVIL RIGHTS COMPLAINT FORM

Jesusadelaida Lopez
Polk County Central Jail
Booking 1906962

CASE NUMBER: 8:22 cv 658 CEH-SPF
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Daniel Lopez
172 Fish Hawk drive
Winter Haven FL 33884

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Polk County Central Jail
(Indicate the name and location)
2390 Bob Phillip Rd Bartow FL 33830

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

1

DC 225 (Rev. 1/97)

2002 © American LegalNet, Inc.



EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.  Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (✓)

       a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

DC 225 (Rev. 1/97)

2002 © American LegalNet, Inc.

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. <u>Informal Grievance</u> (Request for Interview)

    1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

    1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

    2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

    4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

    1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

    2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __15__ day of __March__, 20__22__.

_____
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? I ask to get a copy of the call logs to my daughter from administration

2. What were the results? They denied me the call log information

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: I dont have access to the phone number 863-258-2840

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __15__ day of __March__, 20_22_.

_Jesusadelaida Lopez_
Signature of Plaintiff

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): Jesusadelaida Lopez

   Defendant(s): Daniel Lopez

2. Court (if federal court, name the district; if state court, name the county): Tenth Judicial Circut

3. Docket Number: _____

4. Name of judge: Masters - Flanklyn

5. Briefly describe the facts and basis of the lawsuit: It was court order in the divorce for me to speak to my kids 2 a week it been 7 months since I havent spoke to them

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   _____

7. Approximate filing date: divorce was finalize 2/3/21

8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: __Jesusadelaida Lopez__

   Mailing address: __2390 Bob phillip Road Bartow FL 33830__
   __Polk County Central Jail__

B. Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: __Daniel Lopez__

   Mailing Address: __172 Fish Hawk drive__
   __Winter Haven FL 33884__

   Position: _____

   Employed at: _____

D. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

E. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

DC 225 (Rev. 1/97)                                    2002 © American LegalNet, Inc.

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Daniel Lopez have violated the judge order on the finilazation of the divorce Feb 3 2021. that was order on his behalf to do.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

I Jesusadelaida Lopez and Daniel Lopez have been divorced since Feb, 3, 2021. It has been Court ordered by Judge Flanklyn for me to be allowed to call my children Alany Lopez 14 yrs old Eithan Lopez 17 yrs old. due to the fact that I've been incarserated since Feb 14 2019 our divorce was in motion since I came to Polk County Central Jail. During all my stay my ex-husband has never allowed me to speak to my children. So I requested it in the divorce 2 calls a week. The court agreed

Statement of Facts, continued:

to be court ordered for me to speak to my children twice a week. The first 2 weeks he picked up friday and saturday. He works over nights sunday nights through thursday He has friday, saturday, sunday off so I have been calling every friday, saturday, sunday. Since it's been court ordered from the divorce Feb,3,21 I spoke to her 3 times in the whole month of March 2021. I spoke to Alany twice the month of April. I didn't spoke to her the month of may It's been months later I still haven't spoke to my children. I have no idea how my children are doing. He answer November 28th once. Once again no answer after that I have called every friday, saturday and sunday of every month since Feb,3,21. I have spoken to Alany six time in Feb 2021, six times in March 2021, twice in April 2021, Once in November 2021. In total of 15 times in the year of 2021 out of 48 weekends. The whole year of 2022 I have not spoken to them in the 10 week in the year 2022. You can check my phone records on Alany phone line 863-258-2840 in my call log to verify that the information I'm summitting is true. I have no out date. It has taken a mental toll on me not to be able to speak to my children. I believe it is unacceptable that Daniel Lopez is not compliant to the Judge order.

DC 225 (Rev. 1/97)            2002 © American LegalNet, Inc.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

He is making the judge decisions and over writting her orders taking matters in his own hands. Please help me

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this __15__ day of __March__, 20 __22__.

_Jesusadelaida Lopez_

(Signatures of all Plaintiffs)